# TOGUT, SEGAL & SEGAL LLP

ATTORNEYS AT LAW

ONE PENN PLAZA

NEW YORK, NEW YORK 10119

ALBERT TOGUT
FRANK A. OSWALD*
NEIL BERGER*
SCOTT E. RATNER*
SIDNEY SEGAL (1935-1968)
BERNARD SEGAL (1932-1983)

OF COUNSEL
HOWARD P. MAGALIFF°
RICHARD K. MILIN°

(212) 594-5000

FACSIMILE
(212) 967-4258

INTERNET
eMail@TeamTogut.com

DANIEL F.X. GEOGHAN*
JAYME T. GOLDSTEIN
JONATHAN HOOK*
TALLY M. WIENER
SEAN P. McGRATH
JAMES J. LEE*
MARIANNE S. MORTIMER
ANDREW WINCHELL△
JEFFREY M. TRAURIG*▽

*MEMBER NY AND NJ BAR
◦MEMBER NY AND CT BAR
°MEMBER NY AND MA BAR
△MEMBER CA BAR
▽MEMBER MI BAR

April 11, 2007

**BY HAND**

Clerk of the Court
United States Bankruptcy Court
One Bowling Green - Room 534
New York, NY 10004-1408

Re: Templer International, Ltd.
Case No. 96 B 42412 ALG

Dear Sir/Madam:

Enclosed is a copy of the Statement of Unclaimed Distribution Checks filed by Albert Togut, the Chapter 7 Trustee of the above-referenced Debtor, along with a check made payable to the Clerk of the Court in the amount of $12,477.42. The Trustee's statement has been electronically filed, as evidenced by the enclosed copy of the electronic filing receipt for this document.

Please contact the undersigned if any questions arise regarding this matter.

Very truly yours,

TOGUT, SEGAL & SEGAL LLP
By:

Neil Berger

NB/ka
Enclosure
cc: Mr. Danny Choy (via fax w/encls.)

RECEIVED
APR 12 2007

UNITED STATES
BANKRUPTCY COURT
Southern District of New York "
One Bowling Green Division

# 00172238 - MP
April 13, 2007

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| UNCLAIME | 96-42412 | | 12,477.42 CK |
| Judge | - Judge Gropper | | |

TOTAL→       12,477.42

FROM: UNCLAIMED DIVIDENDS
      96-42412 TEMPLER INT'L
      DOC.#119

TOGUT, SEGAL & SEGAL LLP
Attorneys for the Chapter 7 Trustee
One Penn Plaza- Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                        :
In the Matter                           : Chapter 7 Case
                                        : No. 96 B 42412 [TLB]
-of-                                    :
                                        :
TEMPLER INTERNATIONAL, LTD.,            :
                                        :
                    Debtor.             :
                                        :
-----------------------------------------------------------X

## STATEMENT OF UNPAID DISTRIBUTION CHECKS

TO: CLERK OF THE UNITED STATES BANKRUPTCY COURT

ALBERT TOGUT, the Chapter 7 Trustee ("Trustee") of the estate of Templer International, Ltd., respectfully states that:

1. On September 6, 2000, I filed my Trustee's Third Interim Report of Administration and Application for an Order, among other things, authorizing an Interim Distribution to Creditors ("Interim Distribution"). On September 14, 2000, the Bankruptcy Court scheduled a hearing to consider my request for authority to make the Interim Distribution. The Interim Distribution was approved by an Order of the Court dated October 26, 2000 (the "Order").

2. In compliance with the Order, the Trustee issued distribution checks on November 8, 2000 to all creditors listed on the Schedule that was annexed to



the Order. Creditors had until February 8, 2001 ("Deadline") to present their checks for payment.

3. Following the expiration of the Deadline, there remained checks in the aggregate amount of $12,477.42 which had not been presented for payment. The Trustee caused a stop payment to be issued against such checks. The names of the creditors to whom such unnegotiated checks were issued, the amounts of such checks and their last known addresses are listed on the Schedule annexed hereto as Exhibit "2".

4. The Trustee has therefore issued a check, which accompanies this statement, in the amount of $12,477.42 made payable to the Clerk of the Court pursuant to §347(a) of the Bankruptcy Code.

DATED: New York, New York
April 10, 2007

ALBERT TOGUT (AT-9759)
Chapter 7 Trustee of Templer
 International, Ltd.
One Penn Plaza-Suite 3335
New York, New York 10119
(212) 594-5000

**File an Answer:**

96-42412-alg Templer International Ltd.

### U.S. Bankruptcy Court

### Southern District of New York

Notice of Electronic Filing

The following transaction was received from Togut, Albert entered on 4/10/2007 at 3:37 PM and filed on 4/10/2007
Case Name:     Templer International Ltd.
Case Number:   96-42412-alg
Document Number: 119

**Docket Text:**
Statement /*Statement of Unpaid Distribution Checks* filed by Albert Togut on behalf of Albert Togut. (Togut, Albert)

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:/Volumes/Documents/Clients Q-Z/Templer International (#26)/Unclaimed Dividend Reports/Statement Unpaid Dist.PDF
Electronic document Stamp:
[STAMP NYSBStamp_ID=842906028 [Date=4/10/2007] [FileNumber=5820889-0]
[0566787d2724357aa7c3fb1cd011faa16902f384c3512d9a04693f2716d75fbd2adf6
992b76a601f20cf4d7f1777beba54ab61f7d9ff3050b7e08ca0a85974ca]]

**96-42412-alg Notice will be electronically mailed to:**

Neil Matthew Berger   neilberger@teamtogut.com,
dgeoghan@teamtogut.com;Jhook@teamtogut.com;abrogan@teamtogut.com;mmortimer@teamtogut.com;jlee@teamtogut.com;cmilianes@teamtogut.com;scurrie@teamtogut.com;awi

Martin P. Ochs    martin@oglaw.net

Albert Togut    alcourt@teamtogut.com, n169@ecfcbis.com;abrogan@teamtogut.com;kackerman@teamtogut.com

Albert Togut    alcourt@teamtogut.com, kackerman@teamtogut.com

**96-42412-alg Notice will not be electronically mailed to:**

Clerk's Office, U.S. Bankruptcy Court
One Bowling Green
New York, NY 10004

Abraham Douek
,

Solomon Douek
,

Emmet and Arica Hirsch
11 Topland Rd.
White Plains, NY 10605

Durelgene Johnson
,

Linda Johnson
,

Omega Trust
,

Dimitri Santana
,

Paul K. Schwartzberg
33 Whitehall Street
22nd Floor
New York, NY 10004

Paul Kenan Schwartzberg
Office of the United States Trustee

33 Whitehall Street
21st Floor
New York, NY 10004

Alex Spizz
Todtman, Nachamie, Spizz & Johns, P.C.
425 Park Avenue
New York, NY 10022
aspizz@tnsj-law.com, snobles@tnsj-law.com

Templer International Ltd.
33 Whitehall Street
New York, NY 10004-2112

Mario Torres

,

Brian Willis

,

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE "CHASE" LOGO FADING IN THE BACKGROUND

JPMORGAN CHASE BANK, N.A.  VOID AFTER 90 DAYS   1002
4 New York Plaza, 17th Floor, New York, NY 10004                                2/210

| Case | Debtor | |
|---|---|---|
| 96-42412 ALG | TEMPLER INTERNATIONAL LTD | TID #521159 |
| 312815695965 | | ALBERT TOGUT, CHAPTER 7 TRUSTEE |
| UNCLAIMED DIVIDENDS 1ST DISTRIBUTION | | ONE PENN PLAZA |
| | | SUITE 3335 |
| | | NEW YORK NY 10119 |

Date: 04/10/2007     $ ******12,477.42

~~~Twelve Thousand Four Hundred Seventy-Seven Dollars and 42/100

Pay to the
Order of   CLERK OF THE COURT

                                ALBERT TOGUT, CHAPTER 7 TRUSTEE

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑈0000 1002⑈  ⑆021000021⑆ 312815695965⑈